J. FREEMAN DIXON et al., Respondents, *v.* NEW YORK TRAP ROCK CORPORATION, Appellant.

Argued April 15, 1946; decided May 29, 1946.

*Joseph Diehl Fackenthal* and *M. Glenn Folger* for appellant. *Elijah T. Russell* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.